```
                                              FILED
                                              AUG - 7 2008
                                        CLERK, U.S. DISTRICT COURT
                                      SOUTHERN DISTRICT OF CALIFORNIA
                                      BY                        DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>    )<br>       Plaintiff,   )<br>    )<br>    v.   )<br>    )<br>ELEUTERIO JUAREZ-MENDOZA,   )<br>    )<br>       Defendant.   )<br>_____) | Criminal Case No. 08CR 2606-JAH<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Misdemeanor);<br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Felony);<br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Felony) |

The United States Attorney charges:

### Count 1

On or about December 2006, within the Southern District of California, defendant ELEUTERIO JUAREZ-MENDOZA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

//

MIP:mg:San Diego
7/25/08

Count 2

On or about February 2007, within the Southern District of California, defendant ELEUTERIO JUAREZ-MENDOZA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

Count 3

On or about July 9, 2008, within the Southern District of California, defendant ELEUTERIO JUAREZ-MENDOZA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 8/7/08.

KAREN P. HEWITT
United States Attorney

MICHELLE M. PETTIT
Assistant U.S. Attorney